**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

| | |
|---|---|
| WILLIAM D. TURNER, | : No. 268 MAL 2015 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| v. | : |
| | : |
| JOHN KERESTES, SUPERINTENDENT, | : |
| SGT. J. WOJCIECHOWSKI AND A. | : |
| CARL CO1, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

   **AND NOW**, this 7th day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.